# Court of Appeals
# of the State of Georgia

ATLANTA, November 03, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0027. IN THE INTEREST OF C.P.**

The mother of the minor child involved in this case has filed an emergency motion styled as an "application for contempt, motion for mandamus, motion to compel transmission of record and notice of appeal." After careful consideration of the mother's motion and the issues raised therein, we conclude that the motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) and the standard for mandamus relief set forth in Court of Appeals Rule 40 (c). Accordingly, the mother's motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/03/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*